

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>VARDAN KESHISHYAN,<br><br>　　　　Defendant. | CR No. 19CR00567-PSG<br><br>I N D I C T M E N T<br><br>[31 U.S.C. § 5324(a)(3):<br>Structuring of Currency<br>Transactions to Evade<br>Reporting Requirements] |

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

1. At times relevant to this Indictment, Bank of America, N.A. and Wells Fargo Bank, N.A. were domestic financial institutions insured by the Federal Deposit Insurance Corporation and were required to file Currency Transaction Reports for any cash transactions in amounts greater than $10,000.

2. At times relevant to this Indictment, defendant VARDAN KESHISHYAN was employed as a Deportation Officer for U.S. Immigration and Customs Enforcement.

3.   On or about November 7, 2014, defendant KESHISHYAN's then-wife filed for divorce in Keshishyan v. Keshishyan, Los Angeles Superior Court, Case No. BD611140 (the "Divorce Case").

4.   During the divorce, defendant KESHISHYAN and his then-wife sold their home (the "Family Home"). On or about January 12, 2015, defendant KESHISHYAN deposited a portion of the proceeds from the sale, approximately $96,369.22, into Bank of America Account 3730, which defendant KESHISHYAN solely owned and controlled.

5.   On or about January 23, 2015, defendant KESHISHYAN transferred approximately $80,000 from Bank of America Account 3730 into Bank of America Account 2973, which defendant KESHISHYAN also solely owned and controlled.

6.   From on or about January 22, 2015 to on or about February 20, 2015, defendant KESHISHYAN made approximately 11 cash withdrawals, each of approximately $9,000, from Bank of America Account 3730 or Bank of America Account 2973. During this time period, defendant KESHISHYAN's cash withdrawals totaled approximately $99,400.

7.   On or about February 2, 2015, defendant KESHISHYAN attempted to withdraw $9,000 in cash at a Bank of America branch located in Los Angeles, California. A Bank of America manager told defendant KESHISHYAN that the bank was required to file Currency Transaction Reports for transactions over $10,000. The bank manager provided defendant KESHISHYAN with a form that stated, among other things, "federal law requires financial institutions to report currency (cash or coin) transactions over $10,000." The form also warned that it is a "crime to break up transactions into small amounts (also known as 'structuring') for the purpose of evading the

[Currency Transaction Report] reporting requirement." The bank manager told defendant KESHISHYAN that, in light of the circumstances, a Currency Transaction Report would need to be filed.

8. On or about February 2, 2015, upon hearing that a Currency Transaction Report would need to be filed, defendant KESHISHYAN cancelled the transaction. That same day, defendant KESHISHYAN went to a different Bank of America branch located in Glendale, California and withdrew $9,000 in cash.

9. On or about June 15, 2015, defendant KESHISHYAN appeared in Los Angeles Superior Court and was placed under oath for a hearing in the Divorce Case. During the hearing, the court inquired as to why defendant KESHISHYAN's "asset list" did not reflect the proceeds from the sale of the Family Home. While under oath, defendant KESHISHYAN falsely told the court that, of the $96,369.22 he had received in proceeds from the sale of the Family Home, he had lost approximately $95,000, at least in part through a bad investment, and only had approximately $1,000 remaining.

10. On or about June 15, 2015, during the hearing in the Divorce Case, the court also told defendant KESHISHYAN that the government "investigate[s]" repeated withdrawals of cash and warned defendant KESHISHYAN that transactions above $10,000 generate an "automatic notification."

11. On or about August 18, 2016, defendant KESHISHYAN and his then-wife reached an agreement regarding the terms of their divorce settlement during a hearing in the Divorce Case.

12. On or about August 19, 2016, defendant KESHISHYAN deposited approximately $9,000 in cash into Bank of America Account 2973.

13. On or about December 22, 2016, the final judgment of dissolution of marriage was entered in the Divorce Case. One of the terms of the judgment stated that, except as otherwise noted, "all property in either party's current possession (including all debts thereon) and all accounts and debts in a party's name, shall be confirmed to that party."

14. From on or about January 17, 2017 to on or about January 24, 2017, defendant KESHISHYAN made approximately 10 cash deposits, each of approximately $9,000, into Bank of America Account 7726 or Wells Fargo Bank Account 0363, both of which defendant KESHISHYAN solely owned and controlled. During this time period, plus the cash deposit on or about August 19, 2016, defendant KESHISHYAN's cash deposits totaled approximately $99,000.

15. These Introductory Allegations are incorporated into each count of this Indictment.

## COUNT ONE

[31 U.S.C. § 5324(a)(3)]

On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, defendant VARDAN KESHISHYAN, knowingly and for the purpose of evading the reporting requirements of Section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, structured the following financial transaction, namely, through approximately 11 cash withdrawals, with a domestic financial institution:

| WITHDRAWAL DATE | BANK ACCOUNT | AMOUNT OF CASH WITHDRAWALS |
|---|---|---|
| 01/22/2015 | Bank of America Account 3730 | $9,000 |
| 01/26/2015 | Bank of America Account 2973 | $9,000 |
| 01/27/2015 | Bank of America Account 2973 | $9,000 |
| 01/30/2015 | Bank of America Account 2973 | $9,000 |
| 02/02/2015 | Bank of America Account 2973 | $9,000 |
| 02/04/2015 | Bank of America Account 2973 | $9,000 |
| 02/06/2015 | Bank of America Account 2973 | $9,100 |
| 02/09/2015 | Bank of America Account 2973 | $9,300 |
| 02/13/2015 | Bank of America Account 2973 | $9,000 |
| 02/17/2015 | Bank of America Account 2973 | $9,000 |
| 02/20/2015 | Bank of America Account 3730 | $9,000 |
| **TOTAL AMOUNT STRUCTURED:** | | **$99,400** |

COUNT TWO

[31 U.S.C. § 5324(a)(3)]

On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, defendant VARDAN KESHISHYAN, knowingly and for the purpose of evading the reporting requirements of Section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, structured the following financial transaction, namely, through approximately 11 cash deposits, with domestic financial institutions:

///

///

| DEPOSIT DATE | BANK ACCOUNT | AMOUNT OF CASH DEPOSITS |
|---|---|---|
| 08/19/2016 | Bank of America Account 2973 | $9,000 |
| 01/17/2017 | Bank of America Account 7726 | $9,000 |
| 01/17/2017 | Wells Fargo Bank Account 0363 | $9,000 |
| 01/18/2017 | Bank of America Account 7726 | $9,000 |
| 01/18/2017 | Wells Fargo Bank Account 0363 | $9,000 |
| 01/20/2017 | Wells Fargo Bank Account 0363 | $9,000 |
| 01/20/2017 | Bank of America Account 7726 | $9,000 |
| 01/21/2017 | Bank of America Account 7726 | $9,000 |
| 01/21/2017 | Wells Fargo Bank Account 0363 | $9,000 |
| 01/24/2017 | Wells Fargo Bank Account 0363 | $9,000 |
| 01/24/2017 | Bank of America Account 7726 | $9,000 |
| **TOTAL AMOUNT STRUCTURED:** | | **$99,000** |

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

MACK E. JENKINS
Assistant United States Attorney
Chief, Public Corruption
and Civil Rights Section

DANIEL J. O'BRIEN
Assistant United States Attorney
Deputy Chief, Public Corruption
and Civil Rights Section

LINDSEY GREER DOTSON
Assistant United States Attorney
Public Corruption
and Civil Rights Section